# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

FLORIDA DEMOCRATIC PARTY,

    Plaintiff,

v.                                          CASE NO. 4:18cv463-RH-CAS

KEN DETZNER, Secretary of State,

    Defendant.

_____/

## ORDER SETTING PROCEDURES ON THE MOTION
## FOR A TEMPORARY RESTRAINING ORDER

The plaintiff challenges a directive of the Florida Secretary of State that extends the deadline to register to vote in the November 2018 election but limits the extension. The plaintiff has moved for a temporary restraining order.

The record apparently does not include a copy of the challenged directive. The plaintiff's memorandum in support of the motion for a temporary restraining order includes a uniform resource locator for the directive, but the directive apparently is no longer available at that location.

    IT IS ORDERED:

1. By 11:00 a.m. on October 10 or as soon as possible, the plaintiff must file a copy of the challenged directive.

2. By 11:00 a.m. on October 10 or as soon as possible, the plaintiff must file a notice showing when the plaintiff provided the defendant Secretary of State or his attorney a copy of the complaint, motion for a temporary restraining order, and supporting memorandum.

3. The plaintiff must promptly provide the Secretary of State or his attorney copies of the notices required by this order.

4. The Secretary of State must cause an attorney to file an appearance as soon as possible—unless impossible, by 2:00 p.m. on October 10, 2018.

SO ORDERED on October 10, 2018.

s/Robert L. Hinkle<br>
United States District Judge