| | |
|---|---|
| **From:** | Gonski, Sarah R. (PHX) |
| **To:** | Frost, Elisabeth C. (WDC); Mohammad Jazil |
| **Cc:** | Elias, Marc (WDC) |
| **Subject:** | RE: FDP v. Detzner |
| **Date:** | Tuesday, October 9, 2018 12:05:35 PM |
| **Attachments:** | 2018-10-09 Complaint Florida Dem Party v Detzner.pdf |
| | 2018-10-09 Civil Cover Sheet Florida Dem Party v Detzner.pdf |
| | 2018-10-09 Memo in Support of Motion for TRO.PDF |
| | 2018-10-09 Summons.pdf |
| | 2018-10-09 Motion for TRO.PDF |

Attached are the documents that we filed this morning.

Thanks
Sarah

**Sarah Gonski | Perkins Coie LLP**
**Political Law Group**
2901 North Central Avenue Suite 2000
Phoenix, AZ 85012-2788
D. +1.602.351.8170  |  C. +1.602.621.0209
E. SGonski@perkinscoie.com



---

**From:** Frost, Elisabeth C. (WDC)
**Sent:** Tuesday, October 09, 2018 9:00 AM
**To:** Mohammad Jazil <MohammadJ@hgslaw.com>
**Cc:** Gonski, Sarah R. (PHX) <SGonski@perkinscoie.com>; Elias, Marc (WDC) <MElias@perkinscoie.com>
**Subject:** FDP v. Detzner

Mo,

I'm copying my colleagues Marc Elias and Sarah Gonski who, as of this morning, filed a lawsuit against the SOS on the voter registration deadline. The last time we spoke by phone you mentioned that you might be representing the SOS for election day issues. I realize it isn't election day yet, but in the event you were the person to talk to about this suit, as well, we're going to send you over courtesy copies in a second. If it's not you and you know who it is or might be, please let us know.

Thanks,

Lis

**Elisabeth Frost | Perkins Coie LLP**
**Partner**
**Political Law Group**
700 Thirteenth Street, N.W. Suite 600
Washington, DC 20005-3960
D. +1.202.654.6256
F. +1.202.654.9959
E. EFrost@perkinscoie.com