| | |
|---|---|
| **From:** | Gonski, Sarah R. (PHX) |
| **To:** | Brad.McVay@dos.myflorida.com; ashley.davis@dos.myflorida.com |
| **Cc:** | Elias, Marc (WDC); Frost, Elisabeth C. (WDC) |
| **Subject:** | Florida Democratic Party v. Detzner |
| **Date:** | Tuesday, October 9, 2018 3:21:00 PM |
| **Attachments:** | 2018-10-09 Complaint Florida Dem Party v Detzner.pdf |
| | 2018-10-09 Memo in Support of Motion for TRO.PDF |
| | 2018-10-09 Motion for TRO.PDF |
| | 2018-10-09 Civil Cover Sheet Florida Dem Party v Detzner.pdf |
| | 2018-10-09 Summons.pdf |

Counsel –

Earlier this morning, we filed a lawsuit against the Secretary of State on behalf of the Florida Democratic Party. Because of the time-sensitive nature of the suit, we emailed courtesy copies to Mohammad Jazil, an attorney who has represented the Secretary in other cases that we have been involved with. We now understand that Mr. Jazil is not representing the Secretary in this matter, so we wanted to provide additional courtesy copies of today's filings to you in case you have not yet seen them. Please don't hesitate to reach out if you have any questions.

Thank you,
Sarah

**Sarah Gonski | Perkins Coie LLP**
**Political Law Group**
2901 North Central Avenue Suite 2000
Phoenix, AZ 85012-2788
D. +1.602.351.8170  |  C. +1.602.621.0209
E. SGonski@perkinscoie.com

