| | |
|---|---|
| **From:** | Gonski, Sarah R. (PHX) |
| **To:** | Brad.McVay@dos.myflorida.com; ashley.davis@dos.myflorida.com |
| **Cc:** | Elias, Marc (WDC); Frost, Elisabeth C. (WDC) |
| **Subject:** | Urgent: Florida Democratic Party v. Detzner |
| **Date:** | Wednesday, October 10, 2018 12:52:00 PM |
| **Attachments:** | 2018-10-10 Order Setting TRO Procedures.pdf |
| **Importance:** | High |

Counsel –

We just received notice that the attached order was issued in this case. We will be filing a response and a notice of supplemental authority momentarily and will send them to you shortly via email. Again, apologies for the late notice – we just received this ourselves.

Sarah

**Sarah Gonski | Perkins Coie LLP | 602.351.8170**

---

**From:** Gonski, Sarah R. (PHX)
**Sent:** Tuesday, October 09, 2018 12:22 PM
**To:** 'Brad.McVay@dos.myflorida.com' <Brad.McVay@dos.myflorida.com>; 'ashley.davis@dos.myflorida.com' <ashley.davis@dos.myflorida.com>
**Cc:** Elias, Marc (WDC) <MElias@perkinscoie.com>; Frost, Elisabeth C. (WDC) <EFrost@perkinscoie.com>
**Subject:** Florida Democratic Party v. Detzner

Counsel –

Earlier this morning, we filed a lawsuit against the Secretary of State on behalf of the Florida Democratic Party. Because of the time-sensitive nature of the suit, we emailed courtesy copies to Mohammad Jazil, an attorney who has represented the Secretary in other cases that we have been involved with. We now understand that Mr. Jazil is not representing the Secretary in this matter, so we wanted to provide additional courtesy copies of today's filings to you in case you have not yet seen them. Please don't hesitate to reach out if you have any questions.

Thank you,
Sarah

**Sarah Gonski | Perkins Coie LLP**
**Political Law Group**
2901 North Central Avenue Suite 2000
Phoenix, AZ 85012-2788
D. +1.602.351.8170 | C. +1.602.621.0209
E. SGonski@perkinscoie.com

