IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
FLORIDA TALLAHASSEE DIVISION

FLORIDA DEMOCRATIC PARTY,

    Plaintiff,

v.                                                      CASE NO. 4:18cv463-RH-CAS

KEN DETZNER,
Secretary of State,

    Defendant.

_____/

## **NOTICE OF APPEARANCE**

    Pursuant to this Court's Order (ECF 6), Bradley R. McVay gives notice of his appearance on behalf of Defendant, Florida Secretary of State, Kenneth Detzner.

                                              Respectfully submitted by,

                                              \_\_\_\_\_/s/ Bradley R. McVay_____
                                              BRADLEY R MCVAY (FBN 79034)
                                              Interim General Counsel
                                              brad.mcvay@dos.myflorida.com
                                              FLORIDA DEPARTMENT OF STATE
                                              R.A. Gray Building Suite, 100
                                              500 South Bronough Street
                                              Tallahassee, Florida 32399-0250
                                              Phone: (850) 245-6511
                                              Fax: (850) 245-6127

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 15, 2018, a true and correct copy of the foregoing was served via transmission of a Notice of Electronic Filing through the Court's CM/ECF system to all counsel of record.

/s/ Bradley R. McVay
Attorney