IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DEMOCRATIC PARTY,

    Plaintiff,

v.                                              CASE NO. 4:18cv463-RH-CAS

KEN DETZNER, Secretary of State,

    Defendant.

_____

NEW FLORIDA MAJORITY
EDUCATION FUND, COMMON CAUSE
and MI FAMILIA VOTA EDUCATION
FUND,

    Plaintiffs,

v.                                              CASE NO. 4:18cv466-RH/CAS

KEN DETZNER, in his official
capacity as Secretary of State of the
State of Florida,

    Defendant.

_____/

**ORDER CONSOLIDATING CASES**

These cases are consolidated for case-management purposes and will be maintained on a common docket under Consolidated Case No. 4:18cv463. Every filing—other than a complaint (or counterclaim or third-party complaint), answer, judgment, notice of appeal, or motion to amend or amended version of any of them—that is applicable to either case must be filed in the common docket and must not be filed separately in the other case. Every filing—other than a complaint (or counterclaim or third-party complaint), answer, judgment, notice of appeal, or amended version of any of them—that is filed in the common docket will be deemed filed in every case.

SO ORDERED on October 16, 2018.

> s/Robert L. Hinkle
> United States District Judge