## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

FLORIDA DEMOCRATIC PARTY,

        Plaintiff,

v.                                      CASE NO.  4:18cv463-RH-CAS

KEN DETZNER, Secretary of

        State, Defendant.

_____

NEW FLORIDA MAJORITY
EDUCATION FUND, COMMON
CAUSE and MI FAMILIA VOTA
EDUCATION FUND,

        Plaintiffs,

v.                                      CASE NO. 4:18cv466-RH/CAS

KEN DETZNER, in his official
capacity as Secretary of State of
the State of Florida,

        Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff FLORIDA

DEMOCRATIC PARTY move to voluntarily dismiss this action.

Dated: December 10, 2018                    Respectfully submitted,

                                            /s/ *Mark Herron*
                                            Mark Herron
                                            Fla. Bar. No. 199737
                                            mherron@lawfla.com
                                            **I.MESSER CAPARELLO**
                                            2618 Centennial Place
                                            Tallahassee, FL 32308
                                            Telephone: (850) 222-0720
                                            Facsimile: (850) 558-0659

                                            and

                                            Marc E. Elias
                                            D.C. Bar No. 44207
                                            (Admitted *Pro Hac Vice*)
                                            MElias@perkinscoie.com
                                            **PERKINS COIE LLP**
                                            700 Thirteenth Street, N.W., Suite 600
                                            Washington, D.C. 20005-3960
                                            Telephone: (202) 654-6200
                                            Facsimile: (202) 654-6211

                                            *Counsel for Plaintiff Florida*
                                            *Democratic Party*