IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DEMOCRATIC PARTY,

    Plaintiff,

v.                                        CASE NO. 4:18cv463-RH-CAS

KEN DETZNER, Secretary of State,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case was consolidated with Case No. 4:18cv466. A separate order has been entered terminating the consolidation.

The sole plaintiff in this Case No. 4:18cv463, the Florida Democratic Party, has filed a notice of voluntary dismissal. ECF No. 16. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). This order confirms that the case has been dismissed.

IT IS ORDERED:

The clerk must close the file.

SO ORDERED on December 12, 2018.

                                          s/Robert L. Hinkle
                                          United States District Judge